IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BENJAMIN CARL TEDLUND, Defendant. | CR 23-50-BLG-SPW FINAL ORDER OF FORFEITURE |
|---|---|

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 60). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on January 8, 2024 (Doc. 50);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 60) is GRANTED.

2. The United States has determined that the rightful owner of the below property is Randal Dean Tedlund. The ATF has confirmed he is not prohibited from possessing firearms or ammunition. Therefore, the United States is directed to return the following property, to Randal Dean Tedlund.

- Glock, model 43X, 9 mm caliber semi-automatic pistol, serial number BKXX910; and

- 49 Rounds of 9mm caliber ammunition.

DATED this 21st day of May, 2024.

_____
SUSAN P. WATTERS
United States District Court Judge